```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION

BILLY WAYNE KEMP                                        PLAINTIFF

           v.            Civil No. 07-5056

CAPTAIN HUNTER PETRAY;
DEPUTY LEE; and DEPUTY
BARRETT all of the Benton
County Detention Center                                 DEFENDANTS
```

## ORDER

Now on this 26th day of August, 2009, comes on for consideration the **Magistrate Judge's Report and Recommendation** (R&R) issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. #28). The Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

1. Defendants filed a motion for summary judgment (Doc. 12) with respect to plaintiff, Billy Wayne Kemp's, civil rights action against them wherein he alleges they violated his constitutionally protected rights. The matter was referred to Judge Marschewski for a Report and Recommendation (R&R).

2. In the R&R, Judge Marschewski recommends that the motion for summary judgment be granted and that plaintiff's claims be dismissed, with prejudice.

3. Billy Wayne Kemp filed objections (Doc. # 28) to the R&R. After thoroughly reviewing the R&R in light of plaintiff's objections, the Court concludes the objections are without merit

and that they should be overruled.

    4.   Accordingly, the Court, having considered the R&R and having overruled the objections to it, finds that it is sound and correct both as to fact and law and that, therefore, it should be, and it hereby is, **adopted *in toto*** and ordered implemented.

    **IT IS, THEREFORE, ORDERED** as follows:

    * plaintiff's objections to the R&R are overruled;

    * the R&R is adopted and ordered implemented; and

    * defendants' **motion for summary judgment (Doc. #12)** is **granted** and this case is **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                 /s/ Jimm Larry Hendren
                                 JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE